IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CRYSTAL S. TAYLOR and RICKIERRA A. PERSONS, | § | |
| Plaintiffs, | § | |
| V. | § | No. 3:26-cv-03110-B-BN |
| DALLAS COUNTY HOUSING AGENCY, ET. AL., | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are **accepted** as the Findings and Conclusions of the Court.

Accordingly, Plaintiffs' emergency motion for temporary restraining order and request for immediate relief [Dkt. No. 7] is **DENIED**.

SO ORDERED this 14th day of October, 2026.

JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE